UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANIELLE EUGENE THOMAS,            )   No. CV 06-3714-SGL (CW)
                                   )
            Petitioner,            )   JUDGMENT
                                   )
       v.                          )
                                   )
M. VEAL, Warden,                   )
                                   )
            Respondent.            )
_____)

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 4-3-09

STEPHEN G. LARSON
United States District Judge

1